



# MEMORANDUM OPINION

No. 04-10-00149-CR

Abraham **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR2983B
Honorable Mary D. Román, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed: March 3, 2010

DISMISSED

Abraham Martinez filed a notice of appeal seeking to appeal from a sentence imposed on September 30, 2008. The judgment was in accordance with Martinez's plea bargain agreement, and the record does not contain a trial court's certification showing Martinez has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH